KIRSCHENBAUM & KIRSCHENBAUM, P.C.
*Attorneys for Kenneth Kirschenbaum, Chapter 7 Trustee*
200 Garden City Plaza, Suite 315
Garden City, New York 11530
(516) 747-6700 x 309
Neil Ackerman, Esq.
nackerman@kirschenbaumesq.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

**Hearing Date/Time: 12/8/26 at 10:00 a.m.**
**Objections due by: 5:00 p.m. on 12/1/26**

---------------------------------------------------------x

In re: Chapter 7

CELIA R. DURAO, Case No. 8-25-74007-las

Debtor.

---------------------------------------------------------x

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on December 8, 2026 at 10:00 a.m., or as soon thereafter as counsel can be heard, a hearing will be held before the Hon. Louis A. Scarcella, United States Bankruptcy Judge, in Courtroom 970 of the Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Central Islip, New York 11722 on the motion (the "Motion") of Kenneth Kirschenbaum, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate (the "Estate") of Celia R. Durao, the debtor herein (the "Debtor"), for entry of an order under 11 U.S.C. §§ 105(a) and 363(b), (d), (f) and (k), Bankruptcy Rules 2002 and 6004, and Rule 6004-1 of the Court's Local Bankruptcy Rules: (i) authorizing and approving the terms and conditions of sale (the "Terms of Sale"), including the auction and bidding procedures contained therein, substantially in the form annexed to the Motion as **Exhibit "A",** for the sale by the Trustee's retained auctioneer, Maltz Auctions, Inc., d/b/a Maltz Auctions ("Maltz Auctions"), of the Estate's right, title, and interest in the real property commonly known as 575 Long Island Avenue, Medford, New York 11763 (the "Real Property"), at a public auction sale (the "Auction"), "as is", "where is", with all faults, and without any warranties or representations, free and clear of mortgages, tax liens, monetary liens, claims, encumbrances, and security interests (collectively, the "Liens"), other than

permitted tenancy and occupancy rights, with valid, perfected, and non-avoidable Liens attaching to the sale proceeds in the same validity, extent, and priority as existed immediately before Closing, subject to all rights, claims, defenses, and objections of the Trustee and the Estate; (ii) approving the form, manner, and scope of notice of the Auction; (iii) authorizing Maltz Auctions to conduct the Auction in accordance with the Terms of Sale; (iv) authorizing the Trustee to consummate the sale to the successful bidder without a further sale-confirmation hearing or order, subject to the Trustee's reserved rights; and (v) granting such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that all attorneys and unrepresented parties are required to register for the hearing(s) at least two (2) business days in advance of the scheduled hearing by using the Court's eCourt Appearances platform: https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl. More information on eCourt Appearances, including a tutorial on how to use the program, can be found at https://www.nyeb.uscourts.gov/registering-remote-hearing-appearance-using-ecourt-appearances.

**PLEASE TAKE FURTHER NOTICE** that if for some reason you are not able to use the eCourt Appearances platform, you must email the Courtroom Deputy at: las_hearings@nyeb.uscourts.gov at least two (2) business days prior to the hearing and state that a reasonable effort to use the platform has been made. You must include your name, the case number(s), who you represent if you are an attorney, and the date of the hearing. Your email must include in the Re line "I am not able to register using eCourt Appearances." If you do not have internet access you may call the Courtroom Deputy with this information at (631) 712-6278.

**PLEASE TAKE FURTHER NOTICE** that objections or responses to the Motion, if any, must be in writing, state with particularity the grounds for the objection and the relief

requested, and must be: (i) filed with the Court electronically by registered users of the Court's electronic case filing system and, by all other parties in interest, mailed to the Clerk of the United States Bankruptcy Court for the Eastern District of New York, 290 Federal Plaza, Central Islip, New York 11722; and (ii) served upon (a) counsel to the Trustee, Kirschenbaum & Kirschenbaum, P.C., 200 Garden City Plaza, Suite 315, Garden City, New York 11530, Attn: Neil Ackerman, Esq.; and (b) the Office of the United States Trustee, 560 Federal Plaza, Central Islip, New York 11722, so as to be filed and received no later than **5:00 p.m. on December 1, 2026** (the "Objection Deadline"). Any party filing an objection must appear at the Hearing unless the Court orders otherwise.

**PLEASE TAKE FURTHER NOTICE**, that the Hearing may be adjourned without further notice other than announcement of the adjournment in open court or the filing of a notice of adjournment on the docket.

Dated: Garden City, New York
October 19, 2026

**KIRSCHENBAUM & KIRSCHENBAUM, P.C.**
*Attorneys for Kenneth Kirschenbaum, Chapter 7 Trustee*

By: /s/ Neil Ackerman
Neil Ackerman, Esq.
200 Garden City Plaza, Suite 315
Garden City, New York 11530
(516) 747-6700 x 309
nackerman@kirschenbaumesq.com